UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                        Case No. 2:17-cr-31
                                                        HON. PAUL L. MALONEY

LEE EDWARD BLOMQUIST,

    Defendant.
_____/

## **ORDER OF DETENTION**

Defendant appeared before the undersigned on July 10, 2018, pursuant to violation of conditions of bond. Once final drug test results are received, defense counsel will notify the Court to schedule hearing. Government requested that defendant remain detained based on the bond violation.

IT IS HEREBY ORDERED that defendant will remain detained pending further proceedings.

IT IS SO ORDERED.

                                                        /s/ Timothy P. Greeley
                                                        TIMOTHY P. GREELEY
                                                       UNITED STATES MAGISTRATE JUDGE

Dated: July 10, 2018