UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.             Case No. 2:17-cr-31
              HON. PAUL L. MALONEY

LEE EDWARD BLOMQUIST,

    Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on November 7, 2018, after his arrest on this court's warrant for violation the bond.

For reasons stated on the record:

IT IS HEREBY ORDERED that defendant will remain detained pending further proceedings.

IT IS SO ORDERED.

              */s/ Timothy P. Greeley*
              TIMOTHY P. GREELEY
              UNITED STATES MAGISTRATE JUDGE

Dated: November 7, 2018